Stanley G. Sheats, Esq. - 3522
NORTHEAST NEW JERSEY LEGAL SERVICES
152 Market Street
Paterson, NJ 07505
(973) 523-2900

07-5455(SDW)

| | |
|---|---|
| YOLANDA CARABALLO | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration, | |
| Defendant. | |

Upon considering the motion and supporting affidavit herein, and upon good cause shown, it is hereby:

ORDERED, that the plaintiff be allowed to pursue this action <u>in forma pauperis</u>.

SO ORDERED

Dated: November 15, 2007

_____
UNITED STATES DISTRICT JUDGE